UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

```
FILED
April 21, 2010
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK
```

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>       Plaintiff, )<br>v. )<br>)<br>CUONG HOANG, )<br>)<br>       Defendant. ) | Case No. 2:10-MJ-00109-GGH-3<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __CUONG HOANG__ , Case No. __2:10-MJ-00109-GGH-3__ , Charge __21USC 841__ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __ Release on Personal Recognizance

    ✔ Bail Posted in the Sum of $ __50,000.00 to be posted by 5/13/2010__

        __ Unsecured Appearance Bond

        __ Appearance Bond with 10% Deposit

        __ Appearance Bond with Surety

        __ Corporate Surety Bail Bond

        ✔ (Other)   __· Pretrial conditions as stated on the record.__

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __April 21, 2010__ at __2:26 pm__ .

                                                        By   /s/ Gregory G. Hollows
                                                            Gregory G. Hollows
                                                            United States Magistrate Judge

Copy 5 - Court