Scott N. Cameron (SBN 226605)
Attorney at Law
1007 7th Street, Suite 319
Sacramento, CA 95814
Telephone: 916-442-5230

Attorney for:
CUONG HOANG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 2:10-CR-00168-JAM |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER CONTINUING |
| | ) | DETENTION HEARING |
| v. | ) | |
| | ) | |
| CUONG HOANG, et. al, | ) | DATE: May 13, 2010 |
| | ) | TIME: 2:00 p.m. |
| Defendants. | ) | COURT: Hon. Edmund F. Brennan |
| _____ | ) | |

Introduction

On April 21, 2010, the Honorable Gregory H. Hollows, ordered defendant Hoang released from custody. Per the minute order, the court specifically ordered:

> As to Defendant Cuong Hoang, the defendant is ordered released on a $50,000.00 secured bond. The court will allow the defendant released today on a $50,000.00 unsecured bond signed by the defendant's three daughters provided the secured $50,000.00 bond is filed by May 13, 2010.

The Honorable Judge Hollows also ordered that if the secured appearance bond was not in place by May 13, 2010, counsel for defendant Hoang was to cause this matter to be placed on calendar, on May 13, 2010, at 2:00 p.m., for further proceedings on the matter of detention.

Counsel for defense will be engaged in jury trial on May 13,

2010, in the Superior Court of California, County of Sacramento (People v. Beverly, et. al., case no. 08F09954, Department 11, Honorable Judge Burger-Plaven).

Counsel for defendant Hoang submits this stipulation and proposed order to extend the date for the detention hearing one day to May 14, 2010.

## Stipulation

The parties, through undersigned counsel, stipulate that the detention hearing ordered to be scheduled for May 13, 2010, may be scheduled for May 14, 2010, at 2:00 p.m.

The prosecutor has authorized defense counsel to sign this stipulation on his behalf.

DATED: May 9, 2010          BENJAMIN WAGNER
                            United States Attorney

                       by   /s/ Scott Cameron, for
                            Todd Leras
                            Assistant U.S. Attorney

DATED: May 9, 2010     by   /s/ Scott N. Cameron
                            Scott N. Cameron
                            Counsel for CUONG HOANG

## Order

Good cause appearing,

The detention hearing originally ordered to be scheduled for May 13, 2010, is to be scheduled for May 14, 2010, at 2:00 p.m., if defendant Hoang's appearance bond is not already secured by $50,000 as previously ordered.

IT IS SO ORDERED.

DATED: May 10, 2010.        EDMUND F. BRENNAN
                            UNITED STATES MAGISTRATE JUDGE

2