Scott N. Cameron (SBN 226605)
Attorney at Law
1007 7th Street, Suite 319
Sacramento, CA 95814
Telephone: 916-442-5230

Attorney for:
CUONG HOANG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:10-CR-00168-JAM |
| Plaintiff, | STIPULATION AND ORDER CONTINUING DETENTION HEARING |
| v. | |
| CUONG HOANG, et. al, | DATE:  May 14, 2010 |
| | TIME:  2:00 p.m. |
| Defendants. | COURT: Hon. Edmund F. Brennan |

## Stipulation

The parties, through undersigned counsel, stipulate that the detention hearing scheduled for May 14, 2010, at 2:00 p.m., may be vacated, and the due date for defendant CUONG HOANG to obtain and file an appearance bond secured with $50,000, of home equity, may be extended to June 4, 2010.

The defense is in the process of obtaining all requisite documentation, to present to prosecutor, relating to a deed of trust on the defendant' brother's residence in Maryland. Due to the difference in the laws of Maryland and the fact that defendant's brother does not speak English, the additional time is required. Defendant's brother has retained bi-lingual counsel in Maryland which will now expedite the process.

The prosecutor has authorized defense counsel to sign this stipulation on his behalf.

DATED: May 12, 2010        BENJAMIN WAGNER
                           United States Attorney


                   by      /s/ Scott Cameron, for
                           Todd Leras
                           Assistant U.S. Attorney


DATED: May 12, 2010   by   /s/ Scott N. Cameron
                           Scott N. Cameron
                           Counsel for CUONG HOANG

## Order

Good cause appearing,

The detention hearing scheduled for May 14, 2010, is vacated and the due date for defendant CUONG HOANG to obtain and file an appearance bond secured with $50,000, of home equity, is extended to June 4, 2010.

IT IS SO ORDERED.

DATED: May 12, 2010.       EDMUND F. BRENNAN
                           UNITED STATES MAGISTRATE JUDGE