1  Scott N. Cameron (SBN 226605)
   Attorney at Law
2  1007 7th Street, Suite 319
   Sacramento, CA 95814
3  Telephone: 916-442-5230

4  Attorney for:
   CUONG HOANG

FILED
JUN  1 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:10-CR-00168-JAM |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] D&O ORDER EXTENDING DUE DATE FOR SECURED BOND |
| v. | |
| CUONG HOANG, et. al, | COURT: Hon. Dale A. Drozd |
| Defendants. | |

## Stipulation

The parties, through undersigned counsel, stipulate that the due date for defendant CUONG HOANG to obtain and file an appearance bond secured with $50,000, of home equity, may be extended to June 18, 2010.

The defense has provided the prosecution with an appraisal and title report for the property at issue. Moreover the defense has provided a copy of an executed "Agreement to Forfeit Property" and a "Property Bond Mortgage" creating the lein on the subject property. Said documents have been submitted to the prosecution and have been tentatively approved. The Property Bond Mortgage has been submitted to the recorder's office in the county at issue which is located in the State of Maryland. A certified copy of the "Property Bond

1

1  Mortgage" is expected within two weeks.
2      The prosecutor has authorized defense counsel to sign this
3  stipulation on his behalf.
4  DATED: June 1, 2010           BENJAMIN WAGNER
                                  United States Attorney
5
6                          by     /s/ Scott Cameron, for
                                  Todd Leras
7                                 Assistant U.S. Attorney
8
   DATED: June 1, 2010       by   /s/ Scott N. Cameron
9                                 Scott N. Cameron
                                  Counsel for CUONG HOANG
10
11                               Order
12     Good cause appearing,
13     The due date for defendant CUONG HOANG to obtain and file an
14 appearance bond secured with $50,000, of home equity, is extended to
15 June 18, 2010.
16
17     IT IS SO ORDERED.
18
19 DATED:  June 1    , 2010    _____
                                Dale A. Drozd
20                              United States Magistrate Judge

2