Scott N. Cameron (SBN 226605)
Attorney at Law
1007 7th Street, Suite 319
Sacramento, CA 95814
Telephone: 916-442-5230

Attorney for:
CUONG HOANG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CUONG HOANG, et. al, )<br>)<br>Defendants. )<br>_____) | CASE NO. 2:10-CR-00168-JAM<br><br>STIPULATION AND ORDER EXTENDING<br>DUE DATE FOR SECURED BOND<br><br><br>COURT:  Hon. Kimberly J. Mueller |

### Stipulation

The parties, through undersigned counsel, stipulate that the due date for defendant CUONG HOANG to obtain and file an appearance bond secured with $50,000, of home equity, may be extended from June 18, 2010, to June 25, 2010.

The defense has provided the prosecution with a copy of an "Agreement to Forfeit Property" executed by the homeowners and a "Property Bond Mortgage" creating the lien on the subject property. However, the "Agreement to Forfeit Property" must also be executed by the defendant, CUONG HOANG.  The Federally-Certified Cantonese interpreter, Richard Shek, is serving jury duty and has been unable to meet with CUONG HOANG to translate the "Agreement to Forfeit Property"

1

prior to execution. As such, the additional time requested is necessary to have the document translated to CUONG HOANG.

The prosecutor has authorized defense counsel to sign this stipulation on his behalf.

DATED: June 17, 2010        BENJAMIN WAGNER
                            United States Attorney

                     by     /s/ Scott Cameron, for
                            Todd Leras
                            Assistant U.S. Attorney

DATED: June 17, 2010    by  /s/ Scott N. Cameron
                            Scott N. Cameron
                            Counsel for CUONG HOANG

## Order

Good cause appearing,

The due date for defendant CUONG HOANG to obtain and file an appearance bond secured with $50,000, of home equity, is extended to June 25, 2010.

IT IS SO ORDERED.

DATED: June 17, 2010

_____
U.S. MAGISTRATE JUDGE

2