SCOTT N. CAMERON
Attorney at Law
1007 7th Street, Suite 319
Sacramento, California 95814
Telephone: (916) 442-5230

Attorney for:
CUONG HOANG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO.  2:10-CR-00168 JAM |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND [PROPOSED] ORDER VACATING THE CURRENT DATE SET FOR JUDGMENT AND SENTENCING OF CUONG HOANG AND SETTING CASE FOR STATUS ON SENTENCING** |
| v. | ) | |
| COUNG HOANG, et. al. | ) | |
| Defendants. | ) | |
| | ) | DATE: January 8, 2013 |
| | ) | TIME: 9:45 a.m. |
| | ) | JUDGE: Hon. John A. Mendez |

### Stipulation

The parties, through undersigned counsel, stipulate that the date set for judgment and sentencing of defendant CUONG HOANG, currently scheduled for January 8, 2013, may be vacated and that a hearing for "status on sentencing" may be had on January 15, 2013.  Further, it is stipulated that the current PSR disclosure schedule may be vacated and that a future PSR disclosure schedule may be set at the proposed hearing for "status on sentencing."  This request of the parties is being made because it is anticipated that CUONG HOANG will be one of the last defendants sentenced in this matter.

The Probation Department has been consulted regarding the above stipulations and has no objections.  The government has authorized the

1

1 defense counsel for CUONG HOANG to sign this stipulation on his
2 behalf.

3 DATED: November 13, 2012         BENJAMIN WAGNER
United States Attorney

by  /s/ Scott N. Cameron, for
Todd Leras
Assistant U.S. Attorney

7 DATED: November 13, 2012
by  /s/ Scott N. Cameron
Scott N. Cameron
Counsel for Cuong Hoang

## Order

Good cause appearing,

The date for judgment and sentencing of defendant CUONG HOANG, presently scheduled for January 8, 2013, is vacated and the matter is set for "status on sentencing" on January 15, 2013, at 9:45 a.m. Further, the present PSR disclosure schedule is hereby vacated and a further PSR disclosure schedule will be established at the hearing for "status on sentencing" on January 15, 2013.

IT IS SO ORDERED.

DATED: 11/14/2012

/s/ John A. Mendez
John A. Mendez, Judge
United States District Court

2